872

## MARSHALL v. STATE.
No. 17251.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

Fred Harris, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for four years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## John MARSHALL, Jr., v. STATE.
No. 17253.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

Fred Harris, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, four years in the penitentiary.

Appellant pleaded guilty. The record is here without any statement of facts or bills of exception.

All matters of procedure appearing regular, the judgment will be affirmed.